**ON REHEARING**

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6022**

———————

DANIEL STALEY,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
KIRKLAND CORRECTIONAL INSTITUTION;
UNIDENTIFIED PARTIES,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Patrick Michael Duffy, District
Judge.  (CA-03-3436)

———————

Submitted:  July 28, 2004          Decided:  August 30, 2004

———————

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Daniel Staley, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel Staley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. As Staley has stated no viable claim actionable under § 1983, we affirm the decision of the district court summarily dismissing the complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED